

FILED
FEB 0 2 2017
Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**INDICTMENT FOR MAKING FALSE STATEMENTS TO A FINANCIAL INSTITUTION AND FORFEITURE ALLEGATION**

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 17- 8-JWD-EWD |
| *versus* : | |
| : | 18 U.S.C. § 1014 |
| TIMOTHY BIHM and : | 18 U.S.C. § 982(a)(2)(A) |
| SHELLY R. BIHM : | 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

At all times relevant to this Indictment:

1.  **TIMOTHY BIHM ("TIMOTHY")** and **SHELLY R. BIHM ("SHELLY")**, the defendants herein, were residents of Greenwell Springs, Louisiana. **TIMOTHY** and **SHELLY** were married to each other and together owned, controlled, and operated Quality Calibration Services, L.L.C. ("Quality Calibration").

2.  Quality Calibration was a limited liability company located in Greenwell Springs, Louisiana, and formed on or about December 10, 2010. **TIMOTHY** and **SHELLY** were the members and officers of Quality Calibration.

3.  Deca Systems, Inc. was a corporation located in Baton Rouge, Louisiana, and formed on or about September 24, 1982 ("Deca Systems"). The majority owner of Deca Systems was Businessman A. Deca Systems repaired, calibrated, and certified industrial instruments and gauges.

4. **TIMOTHY** owned a minority stake in Deca Systems and had worked for Deca Systems for more than ten years before his employment ended in or about November 2010. **SHELLY** had worked for Deca Systems for more than ten years before her employment ended in or about July 2010.

5. **TIMOTHY** and **SHELLY** left employment with Deca Systems after Businessman A confronted **SHELLY** about a raise **TIMOTHY** had given **SHELLY** without Businessman A's approval.

6. Immediately following his departure from Deca Systems, on or about December 7, 2010, **TIMOTHY** demanded approximately $750,000 from Deca Systems as a buyout for his minority interest in the company. **TIMOTHY** also threatened to take legal action to dissolve Deca Systems if a buyout was not agreed upon.

7. On or about December 10, 2010, three days after making this demand, **TIMOTHY** and **SHELLY** formed Quality Calibration as a direct competitor to Deca Systems. **TIMOTHY** subsequently solicited customers of Deca Systems to become customers of Quality Calibration.

8. Gulf Coast Bank and Trust Company ("Gulf Coast Bank") was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation. Gulf Coast Bank serviced customers through offices located in the Middle District of Louisiana and elsewhere.

9. On or about January 21, 2011, **TIMOTHY** and **SHELLY** filed a lawsuit against Deca Systems and Businessman A, seeking to dissolve Deca Systems and to wind up its affairs.

10. On or about May 5, 2011, **TIMOTHY** and **SHELLY** submitted a loan application to Gulf Coast Bank in order to obtain a loan and a line of credit on behalf of Quality Calibration. In this loan application, **TIMOTHY** and **SHELLY** made statements to Gulf Coast Bank about their finances, personal history, and the existence of any pending lawsuits.

11. The loan application submitted by **TIMOTHY** and **SHELLY** to Gulf Coast Bank included multiple notices to applicants that knowingly making a false statement on the loan application may result in criminal prosecution.

## COUNT ONE

### MAKING FALSE STATEMENTS TO A FINANCIAL INSTITUTION

12. Paragraphs 1 through 11 of this Indictment are incorporated herein by reference as factual allegations.

13. On or about May 11, 2011, in the Middle District of Louisiana, **TIMOTHY BIHM**, defendant herein, knowingly made a false statement to Gulf Coast Bank for the purpose of influencing the lending action of Gulf Coast Bank, in connection with applications for a loan and a line of credit on behalf of Quality Calibration, in that the defendant submitted a loan application to Gulf Coast Bank that contained the false statements that he was not involved in any pending lawsuits and had no prior arrests or convictions, when in truth and in fact, as the defendant well knew, he was involved in a pending lawsuit, had previously been arrested for soliciting for prostitutes, and had previously been convicted for driving while intoxicated.

The above is a violation of Title 18, United States Code, Section 1014.

## COUNT TWO

### MAKING FALSE STATEMENTS TO A FINANCIAL INSTITUTION

14. Paragraphs 1 through 11 of this Indictment are incorporated herein by reference as factual allegations.

15. On or about May 11, 2011, in the Middle District of Louisiana, **SHELLY R. BIHM**, defendant herein, knowingly made a false statement to Gulf Coast Bank for the purpose of influencing the lending action of Gulf Coast Bank, in connection with applications for a loan and

a line of credit on behalf of Quality Calibration, in that the defendant submitted a loan application to Gulf Coast Bank that contained the false statement that neither she nor **TIMOTHY** was involved in any pending lawsuits, when in truth and in fact, as the defendant well knew, both she and **TIMOTHY** were involved in a pending lawsuit.

The above is a violation of Title 18, United States Code, Section 1014.

## FORFEITURE ALLEGATIONS

16. Upon conviction of the false statement offenses contained in this Indictment, the defendants, **TIMOTHY BIHM** and **SHELLY R. BIHM**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation, including, but not limited to a sum of money equal to the amount of proceeds of the offense.

17. If any of the property described above, as a result of any act or omission of the defendants:

    (a)     cannot be located upon the exercise of due diligence;

    (b)     has been transferred or sold to, or deposited with, a third party;

    (c)     has been placed beyond the jurisdiction of the court;

    (d)     has been substantially diminished in value; or

    (e)     has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

UNITED STATES OF AMERICA, BY

J. WALTER GREEN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

ELIZABETH E. WHITE
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**

GRAND JURY FOREPERSON

February 2, 2017

DATE

**CRIMINAL COVER SHEET**     **U.S. District Court**

**Place of Offense:**     Matter to be sealed: ☒ No ☐ Yes

City **Baton Rouge**

Related Case Information:

County/Parish **East Baton Rouge**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant _____

*Investigating Agency **FBI**
*Agent **SA Tom Goeke**

Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name: **Timothy Bihm**
Alias:
Address:
Birthdate:    SS #:    Sex:    Race:    Nationality:

**U.S. Attorney Information:**

AUSA    **Elizabeth E. White**    Bar # **LABN 36295**

**Interpreter:** ☒ No ☐ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: **1**

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18:1004 | Making false statements to a financial institution | 1 | F |

Date: 2/2/17    Signature of AUSA: _[signature]_

**District Court Case Number (To be filled in by deputy clerk):** _____

## CRIMINAL COVER SHEET — U.S. District Court

**Place of Offense:**

City **Baton Rouge**

County/Parish **East Baton Rouge**

*Investigating Agency **FBI**
*Agent **SA Tom Goeke**

**Matter to be sealed:** ☒ No ☐ Yes

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name: **Shelly R. Bihm**
Alias:
Address:
Birthdate: SS #: Sex: Race: Nationality:

**U.S. Attorney Information:**

AUSA **Elizabeth E. White** Bar # **LABN 36295**

**Interpreter:** ☒ No ☐ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: __1__

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 18:1004 | Making false statements to a financial institution | 1 | F |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Date: 2/2/2017    Signature of AUSA: _[signature]_

**District Court Case Number (To be filled in by deputy clerk):** _____